IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN J. GARCIA, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 3:09-CV-2058-N (BF) |
| | § | ECF |
| ABRAHAM INDALECIO TORRES, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Both Plaintiff and Defendant filed objections (doc. 12, 13), and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

Signed March 10, 2010.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE